United States District Court
Southern District of Texas
**ENTERED**
June 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CATHERINE JOYCE and BEAGLE FREEDOM PROJECT,     Plaintiffs, | § § § § § § | CIVIL ACTION NO 4:25-cv-02568 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| TEXAS A&M UNIVERSITY, *et al,*     Defendants. | § § § § | |

ORDER

The parties filed an agreed motion to continue the hearing set for June 13, 2025. Dkt 7. Such hearing had been set upon request of Plaintiffs Catherine Joyce and Beagle Freedom Project for a prompt hearing. Dkt 6; see also Dkt 3 at 15 (TRO application).

It is ORDERED that the hearing is CANCELLED.

The joint motion recognizes that Plaintiffs have brought parallel litigation raising identical issues in state court. See Dkt 7 at 2, citing *Catherine Joyce and Beagle Freedom Project v Texas A&M, et al*, 25-001366-cv-472, in the 472nd District Court, Brazos County, Texas. The motion also notes that the state court has a TRO hearing scheduled for tomorrow, June 12th. Left unaddressed is why this Court should also expend duplicative judicial resources.

The amended application for temporary restraining order is hereby DENIED. Dkt 3.

Such motion may be renewed, so long as Plaintiffs (i) establish that collateral estoppel and *res judicata* do not

apply after ruling by the state court, and (ii) provide notice to Defendants with reasonable opportunity to be heard.

The joint motion to continue the hearing set for June 13, 2025, is DENIED AS MOOT. Dkt 7.

The motion by Defendants to extend time to file a response is DENIED AS MOOT. Dkt 8.

SO ORDERED.

Signed on June 11, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge